UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 1:25-cv-21270-EA

**Centennial Bank,**

      Plaintiff,

v.

**GCYC Sirena 88 LLC,**
**Et al.,**

      Defendants.

_____/

## OMNIBUS ORDER

This cause comes before the Court on a motion to withdraw as counsel [ECF No. 127].

Therefore, it is **ORDERED AND ADJUDGED**:

1. The motion [ECF No. 127] is **GRANTED**.

2. The deadline to obtain counsel shall be **30 days** from the issuance of this order. Artificial entities shall not represent themselves pro se and must obtain counsel.

3. Pending the appearance of new counsel, all filings shall be served on Defendants, c/o Dragos Sprinceana, at the address 17686 Circle Pond Court, Boca Raton, Fl 33496.

4. Calendar call shall be reset for December 8, 2026, at 11:30 am in West Palm Beach.

5. Trial shall be reset for December 14, 2026, at 9:30 am in West Palm Beach.

6. The Clerk of the Court is instructed to serve a copy of this order on the defendants at the address provided below for Dragos Sprinceana and to note compliance on the record.

    **DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 3rd day of June 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Jessie Grace Pulitzer**
Robert Allen Law
The Four Seasons Office Tower
1441 Brickell Avenue
Suite 1400
Miami, FL 33131
305-372-3300
Email: jpulitzer@robertallenlaw.com

**Nicholas J Zeher**
Robert Allen Law
1441 Brickell Avenue, Suite 1400
The Four Seasons Office Tower
Miami, FL 33131
(305) 372-3300
Fax: (305) 379-7018
Email: litigation@robertallenlaw.com

**William Joseph Berger**
Weiss, Handler & Cornwell, P.A.
2255 Glades Road
Suite 218-A
Boca Raton, FL 33431
561-997-9995
Fax: 561-997-5280
Email: wjb@whcfla.com

**Dragos Sprinceana**
17686 Circle Pond Court,
Boca Raton, Fl

2